No. 254. HUNTEMAN, GUARDIAN, *v.* NEW ORLEANS PUBLIC SERVICE, INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John W. Harrell* for petitioner. *Mr. William W. Ogden* for respondent.

No. 260. SPRINKLE *v.* DAVIS. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. S. S. Lambeth, Jr.* for petitioner. *Mr. S. H. Williams* for respondent.

No. 261. BACHELDER, RECEIVER, *v.* NATIONAL LABOR RELATIONS BOARD. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. K. Bachelder* and *W. C. Bachelder* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Frederick M. Davenport, Jr.* for respondent.

No. 263. WALKER, TRUSTEE IN BANKRUPTCY, *v.* L. MAXCY, INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude L. Gray* for petitioner. *Messrs. O. K. Reaves* and *Howell M. Hampton* for respondent.

No. 266. McCLAVE & Co. *v.* CARDEN ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioner. *Mr. Louis Boehm* for respondents.